# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW WHITFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:22-cv-06580 |
| v. | ) |
| | ) |
| DUKE REALTY CORPORATION, SCOTT P. ANDERSON, JOHN P. CASE, JAMES B. CONNOR, TAMARA D. FISCHER, NORMAN K. JENKINS, KELLY T. KILLINGSWORTH, MELANIE R. SABELHAUS, PETER M. SCOTT, III, DAVID P. STOCKERT, CHRIS T. SULTEMEIER, WARREN M. THOMPSON, and LYNN C. THURBER, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: October 4, 2022            **RIGRODSKY LAW, P.A.**

                                  By: /s/ Gina M. Serra
                                     Gina M. Serra
                                     825 East Gate Boulevard, Suite 300
                                     Garden City, NY 11530
                                     (516) 683-3516
                                     gms@rl-legal.com

                                  *Attorneys for Plaintiff*